I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-31-12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 31 2012

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LINK JONES,<br><br>        Petitioner,<br><br>vs.<br><br>MATTHEW CATE, Warden,<br><br>        Respondent. | Case No. SACV 11-0577-AHM (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 30, 2012

_____
A. HOWARD MATZ
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 31 2012

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

2